UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 7:19-CR-23-REW-EBA |
| v. | ) | |
| | ) | ORDER |
| LONNA B. MUSIC, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

After conducting Rule 11 proceedings, *see* DE 525 (Minute Entry), Judge Atkins recommended that the undersigned accept Defendant Lonna B. Music's guilty plea and adjudge her guilty of a lesser-included (lower aggravated quantity) offense of Count One of the Superseding Indictment (DE 172). *See* DE 527 (Recommendation); *see also* DE 528 (Plea Agreement). Judge Atkins expressly informed Defendant of her right to object to the recommendation and to secure de novo review from the undersigned. *See* DE 527 at 2-3. The established three-day objection deadline has passed, and no party has objected.

The Court is not required to "review . . . a magistrate[ judge]'s factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings." *Thomas v. Arn*, 106 S. Ct. 466, 472 (1985); *see also Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019) (quoting *Kensu v. Haigh*, 87 F.3d 172, 176 (6th Cir. 1996)) (alterations adopted) (noting that the Sixth Circuit has "long held that, when a defendant does 'not raise an argument in his objections to the magistrate judge's report and recommendation he has forfeited his right to raise this issue on appeal'"); *United States v. Olano*, 113 S. Ct. 1770, 1777 (1993) (distinguishing waiver and forfeiture); FED. R. CRIM. P. 59(b)(2)-(3) (limiting de novo review duty to "any objection" filed);

1

28 U.S.C. § 636(b)(1) (limiting de novo review duty to "those portions" of the recommendation "to which objection is made").

The Court thus, with no objection from any party and on full review of the record, **ORDERS** as follows:

1. The Court **ADOPTS** DE 527, **ACCEPTS** Defendant's guilty plea, and **ADJUDGES** Defendant guilty of the stated lesser-included offense of Count One of the Superseding Indictment (that is, conspiracy to distribute 50 grams or more of a mixture or substance containing methamphetamine); and

2. The Court will issue a separate sentencing order.[1]

This the 25th of October, 2023.

Signed By:
Robert E. Wier /REW/
United States District Judge

---

[1] Judge Atkins remanded Music to custody post-plea. *See* DE 525. As such, Music will remain in custody pending sentencing, subject to intervening orders.